IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE UNIVERSITY OF IOWA; KRISTA KRONSTEIN, in her individual and official capacity as Investigator in the Office of Student Accountability; KRISTAL GIBSON, in her individual and official capacity as Associate Director in the Office of Student Accountability; and TANYA UDEN-HOLMAN, in her individual and official capacity as Associate Provost for Undergraduate Education,<br><br>    Defendants. | CASE NO. 3:22-cv-00001 |

### JOINT STATUS REPORT OF THE PARTIES

The parties, through counsel, state the following for their joint status report:

1. By text order [docket no. 25, 01/28/2023] the court ordered the parties to "confer and file a joint report as to the status of the progress of this case by February 15, 2023."

2. The parties through counsel have conferred and jointly report to the court that there are no present issues that require court review or intervention.

3. The parties presently are in the written discovery stage of this litigation (both sides have exchanged interrogatories and requests for production) and consistent with the date deadlines set forth in the court's previous scheduling and trial scheduling order [docket no. 20, 10/13/2022]. Each party is in the process of responding to the discovery requests.

Respectfully submitted:

| | |
|---|---|
| /s/ William Kutmus | /s/ S.P. DeVolder |
| William L. Kutmus | S.P. DeVolder |
| /s/ Trever Hook | THE DeVOLDER LAW FIRM, P.L.L.C. |
| Trever Hook | 1228 Sunset Drive, Suite C |
| KUTMUS, PENNINGTON & HOOK, P.C. | Norwalk, IA 50211-2401 |
| 5000 Westown Parkway, Suite 310 | Tel: (515)981-5150 |
| West Des Moines, IA 50266 | Fax: (515)981-5156 |
| Tel: (515)288-3339 | steven.devolder@devolderlawfirm.com |
| Fax: (515)288-8629 | |
| jodi@kphlawfirm.com | |
| trever@kphlawfirm.com | |

ATTORNEYS FOR THE PLAINTIFF

**BRENNA BIRD**
Attorney General of Iowa

*/s/ Kayla Burkhiser Reynolds*
KAYLA BURKHISER REYNOLDS
*/s/ Adam Kenworthy*
ADAM KENWORTHY
Assistant Attorneys General
Hoover Building, Second Floor
1305 East Walnut Street
Des Moines, Iowa 50319
PHONE: (515) 725-5390/281-3340
FAX: (515) 281-4902
kayla.burkhiser@ag.iowa.gov
adam.kenworthy@ag.iowa.gov

ATTORNEYS FOR DEFENDANTS