# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF IOWA; KRISTA KRONSTEIN, in her individual and official capacity as Investigator in the Office of Student Accountability; KRISTAL GIBSON, in her individual and official capacity as Associate Director in the Office of Student Accountability; and TANYA UDEN-HOLMAN, in her individual and official capacity as Associate Provost for Undergraduate Education,<br><br>   Defendants. | CASE NO. 3:22-cv-00001<br><br><br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**COME NOW** Defendants the University of Iowa, Krista Kronstein, Kristal Gibson, and Tanya Uden-Holman, pursuant to Federal Rule of Civil Procedure 56, and move for summary judgment in this matter in full. Accompanying this Motion are Defendants' Statement of Uncontroverted Material Facts, Brief in Support of Their Motion for Summary Judgment, and Appendix (to be filed under seal).

    1.    Plaintiff filed his Complaint on January 4, 2022, and his First Amended complaint on September 13, 2022.

    2.    Plaintiff's brief outlined claims for violations of Title IX, violations of the Equal Protection clause, and violations of his substantive and procedural due process rights.

    3.    As set forth in greater detail in the accompanying Brief in Support,

Plaintiff's case should be dismissed in its entirety.

4.     Count I fails because Plaintiff is unable to establish a genuine issue of material fact with regard to whether gender bias was a motivating factor in Defendants' decision to find Plaintiff responsible for sexual misconduct and to sanction him accordingly.

5.     Count II fails because Plaintiff is unable to demonstrate that he suffered intentional discrimination because of a protected characteristic while other, similarly situated students did not suffer the same unfavorable treatment. Additionally, the individual Defendants are entitled to a grant of qualified immunity on Count II.

6.     Count III fails because Plaintiff is unable to demonstrate that the substantive rights he claims 1) are fundamental rights which are entitled to substantive due process protections and 2) that his substantive or procedural due process rights have been violated. Further, the individual Defendants are entitled to a grant of qualified immunity on Count III.

**WHEREFORE**, Defendants respectfully request the Court grant their Motion for Summary Judgment and dismiss Plaintiff's Amended Complaint in its entirety.

Respectfully Submitted,

**BRENNA BIRD**
Attorney General of Iowa

***/s/ Kayla Burkhiser Reynolds***
KAYLA BURKHISER REYNOLDS
***/s/ Adam Kenworthy***
ADAM KENWORTHY
Assistant Attorneys General
Department of Justice
Hoover State Office Building, 2nd Floor
1305 E. Walnut Street
Des Moines, IA 50319
Ph:   (515) 725-5390/654-6562
Fax:   (515) 281-4902
kayla.burkhiser@ag.iowa.gov
adam.kenworthy@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on June 20, 2023:

☐ U.S. Mail               ☐ FAX
☐ Hand Delivery           ☐ Overnight Courier
☐ Federal Express         ☐ Email
☒ ECF System Participant (Electronic Service)

Signature: */s/Audra Jobst*

---