# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF IOWA; KRISTA KRONSTEIN, in her individual and official capacity as Investigator in the Office of Student Accountability; KRISTAL GIBSON, in her individual and official capacity as Associate Director in the Office of Student Accountability; and TANYA UDEN-HOLMAN, in her individual and official capacity as Associate Provost for Undergraduate Education,<br><br>    Defendants. | **CASE NO. 3:22-cv-00001**<br><br><br><br>**DEFENDANTS' MOTION TO FILE UNDER SEAL** |

**COME NOW** Defendants, by and through undersigned counsel, and move the Court for an order permitting them to file their Appendix in Support of their Motion for Summary Judgment, Volumes I-V, under seal. Those volumes include copies of sensitive, confidential documentation from student disciplinary processes for multiple alleged sexual assaults. Copies of these records have been previously provided to Plaintiff and most have been designated "CONFIDENTIAL". Due to the private and confidential nature of these documents, Defendants believe they should not be filed in the public domain.

**WHEREFORE**, Defendants move the Court to permit them to file their Appendix Volumes I-V in Support of Their Motion for Summary Judgment under seal.

1

Respectfully Submitted,

**BRENNA BIRD**
Attorney General of Iowa

***/s/ Kayla Burkhiser Reynolds***
KAYLA BURKHISER REYNOLDS
***/s/ Adam Kenworthy***
ADAM KENWORTHY
Assistant Attorneys General
Department of Justice
Hoover State Office Building, 2nd Floor
1305 E. Walnut Street
Des Moines, IA 50319
Ph:   (515) 725-5390/654-6562
Fax:  (515) 281-4902
kayla.burkhiser@ag.iowa.gov
adam.kenworthy@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on June 20, 2023:

☐ U.S. Mail              ☐ FAX
☐ Hand Delivery          ☐ Overnight Courier
☐ Federal Express        ☐ Email
☒ ECF System Participant (Electronic Service)

Signature: */s/Audra Jobst*