IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE UNIVERSITY OF IOWA; KRISTA KRONSTEIN, in her individual and official capacity as Investigator in the Office of Student Accountability; KRISTAL GIBSON, in her individual and official capacity as Associate Director in the Office of Student Accountability; and TANYA UDEN-HOLMAN, in her individual and official capacity as Associate Provost for Undergraduate Education,<br><br>    Defendants. | CASE NO. 3:22-cv-00001<br><br><br>MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

COMES NOW the Plaintiff, by and through his attorneys, and for his Motion for Extension of Time to File Responsive Pleadings to Defendants' Motion for Summary Judgment states to the Court as follows:

1. Defendants filed a Motion for Summary Judgment and related documents on June 20, 2023. Appendix Volumes 1-5 were filed under seal on June 21, 2023.

2. Appendix Volumes 1-5 cumulatively have over 5,000 pages in total.

3. A hearing on the Defendant's Motion for Summary Judgment was set for July 26, 2023, in the U.S. Courthouse in Des Moines, Iowa. Said order was filed June 29, 2023.

4. The Plaintiff's responsive pleadings to Defendants' Motion for Summary Judgment are due July 11, 2023.

5. The Plaintiff requests an additional 6 days until July 17, 2023 to file responsive pleadings. This should not affect the currently scheduled hearing date of July 26, 2023.

6. Undersigned counsel have spoken with Assistant Attorney General Kayla Burkhiser Reynolds and Adam Kenworthy who do not resist the continuance.

WHEREFORE, the Plaintiff requests a continuance to file responsive pleadings to July 17, 2023.

**RESPECTFULLY SUBMITTED:**

/s/ William Kutmus
William Kutmus
KUTMUS, PENNINGTON & HOOK, P.C.
Bill@KPHlawfirm.com


/s/ Trever Hook
Trever Hook
KUTMUS, PENNINGTON & HOOK, P.C.
5000 Westown Parkway, Suite 310
West Des Moines, IA 50266
Phone: (515) 288-3339
Fax: (515) 288-8629
Trever@KPHlawfirm.com

/s/ S.P. DeVolder
S.P. DeVolder
THE DEVOLDER LAW FIRM, P.L.L.C.
1228 Sunset Drive, Suite C
Norwalk, IA 50211-2401
Tel: (515)981-5150
Fax: (515)981-5156
steven.devolder@devolderlawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby declare that on July 10, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Kayla Burkhiser Reynolds
Adam Kenworthy
Assistant Attorneys General
Department of Justice
Hoover State Office Building, 2nd Floor
1305 E. Walnut Street
Des Moines, IA  50319


/s/ Jodi A. Nissen