# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

John Doe

             Plaintiff(s),

v.

THE UNIVERSITY OF IOWA; KRISTA KRONSTEIN, individually and in her official capacity as Investigator in the Office of Student Accountability; KRISTAL GIBSON, individually and in her official capacity as Associate Director in the Office of Student Accountability; and TONYA UDEN-HOLMAN, individually and in her official capacity as Associate Provost for Undergraduate Education,

             Defendant(s),

**CIVIL NUMBER: 3:22-cv-00001-SHL-SBJ**

**JUDGMENT IN A CIVIL CASE**

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Defendant's Motion for Summary Judgment is granted (see Order at ECF 51). Judgment entered in favor of Defendants and against Plaintiff.

Date: August 23, 2023

CLERK, U.S. DISTRICT COURT

/s/  M. Mast

By: Deputy Clerk